# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DANA LANDRY JOHNSON AND
JUSTIN PELLERIN

NO.   2020 CW 1207

VERSUS

JESSICA BASS, GEICO GENERAL
INSURANCE COMPANY, AND GO
AUTO MANAGEMENT SERVICES,
LLC

**DECEMBER 30, 2020**

---

In Re:    Dana Landry Johnson and Justin Pellerin, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 694941.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

    **WRIT GRANTED WITH ORDER.**  The district court's October 15, 2020 judgment is a final, appealable judgment.  See La. Code Civ. P. art. 1915(A).  Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to plaintiffs pursuant to the notice of intent to apply for supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989) (per curiam).  In the event plaintiffs seek to appeal the trial court's judgment, they shall submit a new order for appeal to the trial court within fifteen days of this court's order.  Additionally, a copy of this court's order is to be included in the appellate record.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT